IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
COLUMBIA DIVISION

| | |
|---|---|
| Terry Maness, (a/k/a Terry W. Maness, Terry Wayne Maness, formerly SCDC# 121322), Manual Ard (a/k/a Manual C. Ard), Rufus Belding (a/k/a Rufus L. Belding), Jackie R. Cantrell, Johnny Carrigg, Robert Cogdill, Frank D. Cooper, Sr. (a/k/a Frank G. Cooper, Sr., a/k/a Frank Cooper), Kyle Crisco, Randy Davenport, Michael Davis (a/k/a Michael A. Davis, Sr.), Boyd Dean, Joey Eggers, James Ettel, Timothy Farmer, Charles Finley, Jonathan Francis (a/k/a Jonathan C. Francis), Robert Glenn, Alden D. Hiott (a/k/a Alden Hiott), Joseph W. Holder, James Hughes, William A. Johnson, Raymond June, John F. Kennedy, Shaun Knox, Ernest Larch, Floyd D. Lipe, Charles Maxfield, Herbert McCoy, Roger Dale McCoy (a/k/a Roger D. McCoy), Keith McHugh, Michael Miller, Kenneth Outen (a/k/a Kenneth Outen, Sr.), David Lee Parker, Anthony Perrineau, Stephen Plough, Terry Potts, James Price, James D. Reynolds, Daniel L. Seay (a/k/a Daniel Leon Seay), Hubert Spears (a/k/a Hubert Spires), James Tutt, Kenneth Whitcraft, and Barney Wilkins, | Civil Action Numbers: 3:06-382-HMH-BHH 3:06-671-HMH-BHH 3:06-673-HMH-BHH 3:06-674-HMH-BHH 3:06-675-HMH-BHH 3:06-676-HMH-BHH 3:06-677-HMH-BHH 3:06-678-HMH-BHH 3:06-679-HMH-BHH 3:06-680-HMH-BHH 3:06-681-HMH-BHH 3:06-682-HMH-BHH 3:06-683-HMH-BHH 3:06-684-HMH-BHH 3:06-685-HMH-BHH 3:06-686-HMH-BHH 3:06-687-HMH-BHH 3:06-689-HMH-BHH 3:06-691-HMH-BHH 3:06-692-HMH-BHH 3:06-693-HMH-BHH 3:06-694-HMH-BHH 3:06-695-HMH-BHH 3:06-696-HMH-BHH 3:06-697-HMH-BHH 3:06-698-HMH-BHH |
| Plaintiffs, | 3:06-699-HMH-BHH |
| | 3:06-702-HMH-BHH |
| vs. | 3:06-703-HMH-BHH |
| | 3:06-704-HMH-BHH |
| Mr. Jonathan Ozmint, Director, South Carolina Department of Corrections; Mr. Parker Evatt, Mr. Michael Moore, Mr. Frederick Dodge, Mr. Gary Maynard and Mr. William D. Catoe, Ex-Directors, South Carolina Department of Corrections, | 3:06-705-HMH-BHH 3:06-709-HMH-BHH 3:06-711-HMH-BHH 3:06-712-HMH-BHH 3:06-713-HMH-BHH 3:06-714-HMH-BHH 3:06-715-HMH-BHH 3:06-716-HMH-BHH 3:06-719-HMH-BHH |
| Defendants. | 3:06-722-HMH-BHH 3:06-723-HMH-BHH 3:06-724-HMH-BHH 3:06-725-HMH-BHH |

**OPINION & ORDER**

This matter is before the court for review of the Report and Recommendation of United States Magistrate Judge Bruce H. Hendricks, made in accordance with 28 U.S.C. § 636(b)(1) and Local Civil Rule 73.02 for the District of South Carolina.

The Magistrate Judge makes only a recommendation to this court. The recommendation has no presumptive weight. The responsibility to make a final determination remains with this court. See Mathews v. Weber, 423 U.S. 261, 270-71 (1976). The court is charged with making a de novo determination of those portions of the Report and Recommendation to which specific objection is made, and the court may accept, reject, or modify, in whole or in part, the recommendation of the Magistrate Judge or recommit the matter with instructions. See 28 U.S.C. § 636(b)(1) (West Supp. 2006).

The parties filed no objections to the Report and Recommendation. In the absence of objections to the Report and Recommendation of the Magistrate Judge, this court is not required to give any explanation for adopting the recommendation. See Camby v. Davis, 718 F.2d 198, 199 (4th Cir. 1983).

After a thorough review of the Report and Recommendation and the record in this case, the court adopts Magistrate Judge Hendricks' Report and Recommendation, document number 47, and incorporates it herein. It is therefore

3:06-cv-00382-HMH    Date Filed 02/08/07    Entry Number 56    Page 3 of 3

**ORDERED** that Plaintiff Johnny Carrigg's Motion for voluntary dismissal [Doc.29] is

GRANTED, and the Plaintiff's claims against the defendants are DISMISSED without

prejudice.

**IT IS SO ORDERED**.


                                        s/Henry M. Herlong, Jr.
                                        United States District Judge

Greenville, South Carolina
February 7, 2007


## NOTICE OF RIGHT TO APPEAL

Plaintiffs are hereby notified that they have the right to appeal this order within thirty

(30) days from the date hereof, pursuant to Rules 3 and 4 of the Federal Rules of Appellate

Procedure.